

NO. 14-15-00235-CV

IN RE CHRISTOPHER SPATES

# WRIT OF HABEAS CORPUS

TO THE SHERIFF OF HARRIS COUNTY, TEXAS:

Christopher Spates, relator, has petitioned the Fourteenth Court of Appeals for a writ of habeas corpus in Trial Court Cause No. 2001-61475, alleging that he is illegally restrained of his liberty by you in the Harris County Jail, Harris County, Texas, by virtue of certain process issued out of the 312th District Court of Harris County, Texas.

The Fourteenth Court of Appeals has granted the petition for writ of habeas corpus and has ordered a writ of habeas corpus to issue in the following words:

This Court has reviewed the petition for writ of habeas corpus of relator, Christopher Spates. This Court holds that relator, Christopher Spates, has demonstrated that the commitment order signed on March 13, 2015, by the Honorable David Farr, presiding judge of the 312th District Court, Harris County, Texas, in Cause No. 2001-61475, is void. Therefore, this Court grants relator's petition for writ of habeas corpus, and vacates the commitment order dated March 13, 2015 issued by the 312th District Court, Harris County, Texas, in Cause No. 2001-61475.

We therefore order the Clerk of this Court to issue a writ of habeas corpus to the Sheriff of Harris County, Texas, ordering that relator be discharged from custody.

NOW, THEREFORE, you are commanded to release forthwith Christopher Spates from custody.

YOU ARE COMMANDED TO OBEY this writ fully. If you fail to abide by the terms of this writ, you are subject to legal penalty.

WITNESS, The Honorable Kem Thompson Frost, Chief Justice of our said Fourteenth Court of Appeals, with the seal thereof annexed, at Houston, Texas, on March 24, 2015.



CHRISTOPHER PRINE, Clerk

_____



NO. 14-15-00235-CV

# RETURN ON WRIT

To the Honorable Fourteenth Court of Appeals:

In response to a writ of habeas corpus, I respectfully state that I have in my custody and under my restraint Christopher Spates by virtue of process out of the 312th District Court of Harris County Texas.  In obedience to said writ of habeas corpus, I certify that I have released from my custody and restraint said Christopher Spates.

_____
SHERIFF, HARRIS COUNTY

By:_____
    Deputy